IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALTERIK ROGERS,

        Plaintiff,

    vs.                            Civil Action 2:15-cv-1877
                                        Chief Judge Sargus
                                        Magistrate Judge King

THE STATE OF OHIO, *et al.*,

        Defendants.

## ORDER

On May 13, 2015, the United States Magistrate Judge recommended that the claims against the State of Ohio be dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. *Report and Recommendation*, ECF 4. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 4, is **ADOPTED AND AFFIRMED**. The claims against the State of Ohio are **DISMISSED** for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

_6 -16 - 2015_
Date

_____
Edmund A. Sargus, Jr.
Chief United States District Judge