**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ALTERIK ROGERS,**

        **Plaintiff,**

    **vs.**                                             **Civil Action 2:15-cv-1877
                                                                     Judge Sargus
                                                                     Magistrate Judge King**

**THE STATE OF OHIO,** *et al.*,

        **Defendants.**

## ORDER

    Because the Federal Rules of Civil Procedure do not authorize a response to an answer, *see* Fed. R. Civ. P. 8, plaintiff's response to defendant Abdall's answer to the complaint, ECF 19, is **ORDERED STRICKEN**.

                                                                      *s/Norah McCann King*
                                                                         Norah M<sup>c</sup>Cann King
August 19, 2015                                   United States Magistrate Judge