# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ALTERIK ROGERS,**

       **Plaintiff,**

       **v.**

**THE STATE OF OHIO, et al.,**

       **Defendants.**

**Case No. 2:15-cv-1877**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Norah McCann King**


## ORDER

On December 21, 2015, the Magistrate Judge issued two Report and Recommendations [ECF Nos. 34, 35]. In the first Report and Recommendation [ECF No. 34], the Magistrate Judge recommended that the Motion to Dismiss filed by Defendant Jefferson County Sheriff's Medical Department (the "Medical Department") [ECF No. 12] be granted and that Plaintiff's Motion for Judgment on the Pleadings against the Medical Department [ECF No. 25] be denied. In the second Report and Recommendation [ECF No. 35], the Magistrate Judge recommended that the cross motions for judgment on the pleadings filed by Defendant City of Steubenville [ECF No. 13] and Plaintiff [ECF No. 27] be denied without prejudice to renewal.

The Report and Recommendations advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendations [ECF Nos. 34, 35] are **ADOPTED**. For the reasons set forth in those documents, Defendant Medical Department's Motion to Dismiss [ECF No 12] is **GRANTED**, Plaintiff's Motion for Judgment on the Pleadings against the Medical Department [ECF No. 25] is **DENIED**, and the cross motions for

judgment on the pleadings filed by Defendant City of Steubenville [ECF No. 13] and Plaintiff [ECF No. 27] are **DENIED** without prejudice to renewal.

**IT IS SO ORDERED.**

_____1-21-2016_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**