UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALTERIK ROGERS,

    Plaintiff,

v.

THE STATE OF OHIO, et al.,

    Defendants.

Case No. 2:15-cv-1877
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

The Magistrate Judge recently issued two Reports and Recommendations—one on February 29, 2016 and the other on March 1, 2016. In the first Report and Recommendation [ECF No. 39], the Magistrate Judge recommended that Plaintiff's Motion for Judgment on the Pleadings against Defendant Sheriff Fred Abdalla [ECF No. 24] be denied. In the second Report and Recommendation [ECF No. 41], the Magistrate Judge recommended that Plaintiff's Motion for Judgment on the Pleadings against Defendant Sean (Shawn) Scott [ECF No. 26] also be denied.

The Reports and Recommendations advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Reports and Recommendations [ECF Nos. 39, 41] are **ADOPTED**. For the reasons set forth in those documents, Plaintiff's Motions for Judgment on the Pleadings [ECF Nos. 24, 26] are **DENIED**.

    IT IS SO ORDERED.

3-23-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE