UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALTERIK ROGERS,**

    Plaintiff,

v.

**THE STATE OF OHIO, et al.,**

    Defendants.

Case No. 2:15-cv-1877
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Kimberly A. Jolson

## ORDER

On October 17, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 68] recommending that the Court grant Defendants' Motions for Summary Judgment [ECF Nos. 62, 63] and deny as moot Defendants' Motions for Judgment on the Pleadings [ECF Nos. 57, 58]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 68] is **AFFIRMED** and **ADOPTED**, and for the reasons set forth in that document, Defendants' Motions for Summary Judgment [ECF Nos. 62, 63] are **GRANTED** and Defendants' Motions for Judgment on the Pleadings [ECF Nos. 57, 58] are **DENIED AS MOOT**.

The Clerk is **DIRECTED** to enter final judgment in this matter in Defendants' favor.

**IT IS SO ORDERED.**

11-18-2016
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**